IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANDREA SIMMONS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No.: 4:20-cv-04300 |
| vs. | § | |
| | § | |
| EMERGENCY HOSPITAL SYSTEMS, | § | |
| LLC | § | **TRIAL BY JURY DEMANDED** |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF
## FULL AND FINAL DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE ROSENTHAL:

Andrea Simmons ("Plaintiff") and Defendant Emergency Hospital Systems, LLC ("Defendant") (collectively the "Parties"), by and through their undersigned counsel, have settled this case and hereby stipulate to the voluntary dismissal with prejudice of the above-captioned matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to Rule 41(a)(1)(A)(ii), the Court need not enter an order to effectuate this dismissal with prejudice.

Respectfully submitted,

| | |
|---|---|
| */s/Ashton P. Hoffman* | */s/Kevin Koronka* |
| Ashton P. Hoffman | Kevin Koronka |
| S.D. Tex. #3472693 | TX Bar #24047422 |
| TX Bar #24116525 | S.D. Tex. No. 4552791 |
| Matthew P. Swiger | Husch Blackwell, LLP |
| S.D. Tex. #2276929 | 111 Congress Ave., Suite 1400 |
| TX Bar #24088495 | Austin, Texas 78701 |
| Bruce A. Coane | Telephone (512) 472-5456 |
| Federal Bar #7205 | Facsimile: (512) 479-1101 |
| TX Bar #04423600 | |
| Email: bruce.coane@gmail.com | **ATTORNEYS FOR DEFENDANT** |
| Coane and Associates, PLLC | |
| 5177 Richmond Ave., Suite 770 | |

1

Houston, TX 77056
Telephone: 713-850-0066
Facsimile: 713-850-8528
**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of May 2021, I served a copy of the foregoing *via* CM/ECF filing on all counsel of record.

                                               */s/Ashton P. Hoffman*
  &nbsn;                                              Ashton P. Hoffman